UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-CV-22516-SCOLA

DENNIS M. WEINER,

    Plaintiff,

vs.

CARNIVAL CRUISE LINES,

    Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTIONS FOR SUMMARY
JUDGMENT AND DIRECTING DEFENDANT TO RE-FILE ONE MOTION**

    THIS MATTER is before the Court on independent review of the record. On August 8, 2012, the Defendant filed a Motion for Summary Judgment [ECF No. 37]. Then, on August 20, 2012, the Defendant also filed a Motion for Partial Summary Judgment [ECF No. 43].

    This District's Local Rules expressly provide that "[f]iling multiple motions for partial summary judgment is prohibited, absent prior permission of the Court." *See* S.D. Fla. L. R. 7.1(c)(2). This Rule exists for a reason – in part to further judicial and litigant economy, and in part to prevent a party from end-running the page limitations for motions and legal memoranda.

    Accordingly, because Defendant did not follow this Rule, both Motions for Summary Judgment [ECF Nos. 37, 43] are **DENIED** without prejudice. Defendant is given leave to re-file *one* Motion for Summary Judgment, by **August 25, 2012**. Defendant is free to raise any combination of arguments from its prior Motions that it wishes, so long as the Motion does not exceed the page limitation or otherwise run afoul of the Rules.

    **DONE and ORDERED** in chambers at Miami, Florida on August 21, 2012.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
*U.S. Magistrate Judge*
*Counsel of record*