UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-22516-CIV-SCOLA/O'SULLIVAN

DENNIS M. WEINER,

    Plaintiff,

v.

CARNIVAL CRUISE LINES,
a Foreign Corporation,

    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the Defendant's Motion to Tax Costs (DE #73, 12/21/12). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default.** (Emphasis supplied).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED that the plaintiff shall file a response to the Defendant's Motion to Tax Costs (DE #73, 12/21/12) on or before April 5, 2013. The failure to file a response may result in a recommendation that the Defendant's Motion to Tax Costs (DE #73, 12/21/12) be granted in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 22nd day of March, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Scola
All counsel of record